

**THE LAW FIRM OF HUGH H. MO, P.C.**

225 BROADWAY, 27ᵀᴴ FL.  TEL (212) 385-1500
NEW YORK, NEW YORK 10007  FAX (212) 385-1870
www.hhmolaw.com

September 8, 2025

**VIA ECF**

The Honorable Nina R. Morrison
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Sheu Hong Tam Yip*
           Criminal Docket No. 1:24-cr-00293-NRM

Dear Judge Morrison:

    We represent defendant Sheu Hong Tam Yip in the above-referenced matter. Pursuant to the upcoming status conference on Tuesday, September 9, 2025, we respectfully request that Ms. Yip's appearance be excused due to health-related reasons.

    We have conferred with the AUSA, who has no objections to this request. Should the Court require supporting medical documentation, we will promptly obtain and submit the appropriate records.

    We thank the Court for its kind consideration.

Respectfully submitted,

Elizabeth L. Mo

cc. via ecf

AUSA Patrick J. Campbell
Clerk of the Court