

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2022R00128

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 25, 2025

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Sheu Hong Tam Yip, et al.
              Criminal Docket No. 24-293 (S-1) (NRM)

Dear Judge Morrison:

        The government respectfully writes to request an adjournment of the government's expert disclosure deadline in the above-referenced case. Pursuant to Local Criminal Rule 16.2, the government must make its expert disclosures pursuant Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure no later than 60 days before trial unless otherwise ordered by the Court. The government respectfully requests that it be permitted to file its expert disclosures in this case no later than December 16, 2025. The government has conferred with counsel for both defendants, who do not object to this request.

                                    Respectfully submitted,

                                    LORINDA LARYEA
                                    Acting Chief, Fraud Section
                                    Criminal Division
                                    U.S. Department of Justice

                    By:    /s/Patrick J. Campbell
                                    Patrick J. Campbell
                                    Leonid Sandlar
                                    Trial Attorneys, Fraud Section
                                    Criminal Division
                                    U.S. Department of Justice
                                    (202) 262-7067

cc:    Clerk of the Court (NRM) (by ECF)
        Counsel of Record (by ECF)